No. 569. JEFFERSON COUNTY v. HARD ET AL. Jurisdictional statement submitted November 11, 1933. Decided November 20, 1933. Per Curiam: The appeal herein is dismissed for the want of a substantial federal question. (1) Pawhuska v. Pawhuska Oil Co., 250 U.S. 394, 397–399; Trenton v. New Jersey, 262 U.S. 182, 188, 191, 192; Chicago v. Chicago Rapid Transit Co., 284 U.S. 577, 578. (2) Quong Ham Wah Co. v. Industrial Accident Comm'n, 255 U.S. 445, 448, 449; Knights of Pythias v. Meyer, 265 U.S. 30, 32, 33; American Railway Express Co. v. Royster Guano Co., 273 U.S. 274, 280; Swiss Oil Corp. v. Shanks, 273 U.S. 392, 411, 412. Mr. J. Q. Smith for appellant. No appearance for appellees.